Robert L. **WOODSON**, Appellant,

Frances K. Woodson, Plaintiff,

v.

**CITY OF KANSAS CITY, Missouri, Property Maintenance Appeals Board, Respondent.**

No. WD 62615.

Missouri Court of Appeals, Western District.

Feb. 1, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 29, 2005.

Robert L. Woodson, Kansas City, pro se.

Frances K. Woodson, Kansas City, pro se.

Nelson V. Munoz, Kansas City, for respondent.

Before SPINDEN, Presiding Judge, HOLLIGER and HARDWICK, JJ.

*ORDER*

PER CURIAM.

Robert Woodson appeals from the Kansas City, Missouri, Property Maintenance Appeals Board's determination that conditions on two of his properties violated the Nuisance and Property Maintenance Codes. Upon review of the briefs and the record, we find no error and affirm the Board's order. We have provided the parties with a Memorandum explaining the reasons for our decision because a publish-

---

1. All references to rules are to Mo. R. Civ. P.2004.

ed opinion would have no jurisprudential value.

AFFIRMED. Rule 84.16.